IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S. JAY WILLIAMS, INDIVIDUALLY; | § | |
| S. JAY WILLIAMS, AS ASSIGNEE OF | § | |
| WNC INSTITUTIONAL TAX CREDIT | § | |
| FUND VII, L.P., WNC HOUSING, L.P., | § | |
| AND TRACY KENNEDY; SCII-GP, LLC, | § | |
| AS ASSIGNEE OF SHELTER RESOURCE | § | |
| CORPORATION, SWIS INVESTMENTS, | § | |
| LTD, AND SC-GP, INC.; SWIS | § | |
| INVESTMENTS, LTD, AND SWIS | § | |
| COMMUNITY, LTD. | § | |
| | § | |
| vs. | § | Civil Action No. 4:13-cv-00825 |
| | § | |
| WELLS FARGO BANK N.A. DOING | § | |
| BUSINESS THROUGH ITS OPERATING | § | |
| DIVISION WELLS FARGO | § | |
| COMMERCIAL MORTGAGE SERVICING; | § | |
| FANNIE MAE (a/k/a FEDERAL | § | |
| NATIONAL MORTGAGE ASSOC.); | § | |
| DAVID F. STAAS; MARK GLANOWSKI; | § | |
| COURTNEY DAVIS BRISTOW; | § | |
| BLUE VALLEY APARTMENTS, INC. | § | |
| and WINSTEAD PC | § | |

## DECLARATION OF JEFF JOYCE IN SUPPORT OF
## WELLS FARGO BANK N.A.'S ITEMIZATION FOR BILL OF COSTS

"My name is Jeff Joyce, my date of birth is July 3, 1956, and my address is 802 Country Lane, Houston, Texas, 77024, United States of America. I declare under penalty of perjury, pursuant to TEX. CIV. PRAC. AND REM. CODE § 132.001, that the following is true and correct.

I am the attorney in charge for Defendant Wells Fargo Bank N.A. ("Wells Fargo") in the above cited lawsuit.

I am a partner with the law firm of Joyce + McFarland LLP. I am duly licensed to practice law in the courts of the State of Texas, and have been so since 1981. I am also admitted to practice before the United States District Courts for the Northern, Southern, Eastern and

**EXHIBIT A**

Western Districts of Texas, the U.S. Court of Appeals for the Fifth Circuit, and the U.S. Supreme Court. I am familiar with the fees customarily charged by practicing attorneys in the Southern District of Texas. I have personal knowledge of the legal services provided by Joyce + McFarland, LLP to Wells Fargo.

The following items correctly list those costs of Defendant Wells Fargo necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed:

1.  Invoice 508282 in the amount of $1,432.05 from Deposition and Litigation Services for the original transcript of SWIS Community Corporate Representative's deposition on February 26, 2014.

2.  Invoice 283390 in the amount of $147.80 from Sunbelt Reporting & Litigation Services for the e-transcript of James Dishman's deposition on February 27, 2014.

3.  Invoice 283393 in the amount of $175.00 from Sunbelt Reporting & Litigation Services for the e-transcript of Beverly Furbush's deposition on February 27, 2014.

4.  Invoice 283397 in the amount of $218.50 from Sunbelt Reporting & Litigation Services for the e-transcript of Twilla Revelle's deposition on February 27, 2014.

5.  Invoice 281752 in the amount of $205.00 from Sunbelt Reporting & Litigation Services for a video copy of James Dishman's deposition on February 27, 2014.

6.  Invoice 281754 in the amount of $385.00 from Sunbelt Reporting & Litigation Services for a video copy of Beverly Furbush's deposition on February 27, 2014.

7.  Invoice 281757 in the amount of $385.00 from Sunbelt Reporting & Litigation Services for a video copy of Twilla Revelle's deposition on February 27, 2014.

8.    Invoice 283400 in the amount of $244.10 from Sunbelt Reporting & Litigation Services for the e-transcript of Courtney Davis Bristow's deposition on February 28, 2014.

9.    Invoice 283403 in the amount of $173.20 from Sunbelt Reporting & Litigation Services for the e-transcript of James Noakes' deposition on February 28, 2014.

10.   Invoice 283906 in the amount of $385.00 from Sunbelt Reporting & Litigation Services for a video copy of Courtney Davis Bristow's deposition on February 28, 2014.

11.   Invoice 283910 in the amount of $385.00 from Sunbelt Reporting & Litigation Services for a video copy of James Noakes' deposition on February 28, 2014.

12.   Invoice 286662 in the amount of $452.30 from Sunbelt Reporting & Litigation Services for the transcript of David Shafer's deposition on April 10, 2014.

13.   Invoice 107090 in the amount of $510.29 from Esquire Corporate Solutions for the original transcript of James Emory Brockway's deposition on April 28, 2014.

14.   Invoice 124679 in the amount of $78.42 from Esquire Corporate Solutions for copies of Linda Smith Laborde's deposition transcript and exhibits on May 27, 2014.

15.   Invoice 90498  in the amount of $40.65 from LightHouse Legal Copy, L.L.C. for copy services on February 20, 2014.

16.   Invoice 90545 in the amount of $170.87 from LightHouse Legal Copy, L.L.C. for copy services on February 21, 2014.

17.   Invoice 90584 in the amount of $236.42 from LightHouse Legal Copy, L.L.C. for copy services on February 25, 2014.

The copies of each of the foregoing listed invoices are attached here as exhibits.

Dated July 13, 2016

_____
Jeff Joyce

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com  1-888-666-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 508282 | 3/12/2014 | 200567 |
| **Job Date** | **Case No.** | |
| 2/26/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al v. Wells Fargo Bank, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Jeanie Loper
Joyce McFarland & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002

---

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| SWIS Community Corp Rep | 238.00 | Pages | @ | 4.40 | 1,047.20 |
| PROCESSING & PRODUCTION | | | | 60.00 | 60.00 |
| POSTAGE | | | | 18.50 | 18.50 |
| BINDING | | | | 15.00 | 15.00 |
| TABS | 18.00 | | @ | 0.50 | 9.00 |
| EXHIBITS - HARD COPY | 383.00 | | @ | 0.45 | 172.35 |
| APPEARANCE FEE - FULL DAY | | | | 110.00 | 110.00 |

**TOTAL DUE  >>>**  **$1,432.05**

Ordered By  : Jeff Joyce
Joyce McFarland & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX 77002

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

**Tax ID:** 75-2912774

Phone: 713-222-1112    Fax:713-513-5577

*Please detach bottom portion and return with payment.*

---

Jeanie Loper
Joyce McFarland & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002

Job No.   : 200567        BU ID    :HOU
Case No.   : 4:13-CV-00825
Case Name  : S. Jay Williams, et al v. Wells Fargo Bank, et al

Invoice No.  : 508282        Invoice Date  :3/12/2014
**Total Due  : $ 1,432.05**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                  Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX  75219**

1

# INVOICE



Deposition and Litigation Services
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 508282 | 3/12/2014 | 200567 |
| **Job Date** | **Case No.** | |
| 2/26/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al v. Wells Fargo Bank, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Jeanie Loper
Joyce McFarland & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002

| | |
|---|---|
| (−) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **1,432.05** |

**Tax ID: 75-2912774**                                   Phone: 713-222-1112    Fax:713-513-5577

*Please detach bottom portion and return with payment.*

Jeanie Loper
Joyce McFarland & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002

| | | | |
|---|---|---|---|
| Job No. | : 200567 | BU ID | : HOU |
| Case No. | : 4:13-CV-00825 | | |
| Case Name | : S. Jay Williams, et al v. Wells Fargo Bank, et al | | |
| Invoice No. | : 508282 | Invoice Date | : 3/12/2014 |
| **Total Due** | **: $ 1,432.05** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX  75219**

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283390 | 3/27/2014 | 176771 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |
| | **Case Name** | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Charge for E-Transcript of the Transcript of:
James Dishman                                                                147.80

                                                **TOTAL DUE  >>>        $147.80**
                                                AFTER 4/26/2014 PAY      $156.67

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.      : 176771          BU ID      : DAL-SB-R
Case No.     : 4:13-CV-00825
Case Name    : S. Jay Williams, et al vs. Wells Fargo Bank,
               N.A., et al

Invoice No.  : 283390          Invoice Date : 3/27/2014
**Total Due   :  $ 147.80**
AFTER 4/26/2014 PAY  $156.67

| PAYMENT WITH CREDIT CARD | AMEX | MASTER | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**



# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283393 | 3/27/2014 | 176759 |

| Job Date | Case No. | |
|---|---|---|
| 2/27/2014 | 4:13-CV-00825 | |

| Case Name | | |
|---|---|---|
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Charge for E-Transcript of the Transcript of:
   Beverly Furbush                                        175.00

**TOTAL DUE >>>**    **$175.00**
AFTER 4/26/2014 PAY    $185.50

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.   : 176759       BU ID     : DAL-SB-R
Case No.  : 4:13-CV-00825
Case Name : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al

Invoice No. : 283393     Invoice Date : 3/27/2014
**Total Due**  : **$ 175.00**
AFTER 4/26/2014 PAY $185.50

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services**
        **13101 NW Freeway, Suite 210**
        **Houston, TX 77040**

3

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283397 | 3/27/2014 | 176770 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Charge for E-Transcript of the Transcript of:

    Twilla Revelle      218.50

**TOTAL DUE >>>**    **$218.50**
AFTER 4/26/2014 PAY    $231.61

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 176770 | BU ID | : DAL-SB-R |
| Case No. | : 4:13-CV-00825 | | |
| Case Name | : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| Invoice No. | : 283397 | Invoice Date | : 3/27/2014 |

**Total Due : $ 218.50**
AFTER 4/26/2014 PAY $231.61

Remit To: **Sunbelt Reporting & Litigation Services**
    **13101 NW Freeway, Suite 210**
    **Houston, TX  77040**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

4

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 281752 | 4/1/2014 | 177658 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

COPY OF VIDEO FOR THE DEPOSITION OF:

James Dishman                                                                205.00

**TOTAL DUE  >>>**          **$205.00**
AFTER 5/1/2014  PAY          $217.30

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 177658 | BU ID | : DAL-SB-V |
| Case No. | : 4:13-CV-00825 | | |
| Case Name | : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| Invoice No. | : 281752 | Invoice Date | : 4/1/2014 |

**Total Due :  $ 205.00**
AFTER 5/1/2014  PAY  $217.30

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

5

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 281754 | 4/1/2014 | 177654 |
| **Job Date** | | **Case No.** |
| 2/27/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

COPY OF VIDEO FOR THE DEPOSITION OF:
   Beverly Furbush                                        385.00

**TOTAL DUE  >>>**    **$385.00**
AFTER 5/1/2014 PAY    $408.10

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.    : 177654       BU ID    :DAL-SB-V
Case No.   : 4:13-CV-00825
Case Name  : S. Jay Williams, et al vs. Wells Fargo Bank,
                 N.A., et al

Invoice No. : 281754     Invoice Date :4/1/2014
**Total Due**  **: $ 385.00**
AFTER 5/1/2014 PAY $408.10

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Sunbelt Reporting & Litigation Services**
         **13101 NW Freeway, Suite 210**
         **Houston, TX 77040**

6

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977   Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 281757 | 4/1/2014 | 177656 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | |
|---|---|
| COPY OF VIDEO FOR THE DEPOSITION OF: | |
| Twilla Revelle | 385.00 |

**TOTAL DUE >>>**                **$385.00**
AFTER 5/1/2014 PAY                $408.10

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 177656 | BU ID | : DAL-SB-V |
| Case No. | : 4:13-CV-00825 | | |
| Case Name | : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| Invoice No. | : 281757 | Invoice Date | : 4/1/2014 |

**Total Due  : $ 385.00**
AFTER 5/1/2014 PAY  $408.10

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services
13101 NW Freeway, Suite 210
Houston, TX 77040**

7

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977   Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283400 | 3/27/2014 | 176773 |
| **Job Date** | **Case No.** | |
| 2/28/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Charge for E-Transcript of the Transcript of:                                        244.10
    Courtney Davis Bristow

**TOTAL DUE  >>>**                **$244.10**
AFTER 4/26/2014  PAY              $258.75

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.       : 176773              BU ID       : DAL-SB-R
Case No.      : 4:13-CV-00825
Case Name     : S. Jay Williams, et al vs. Wells Fargo Bank,
                N.A., et al

Invoice No.   : 283400              Invoice Date : 3/27/2014
**Total Due  :  $ 244.10**
AFTER 4/26/2014 PAY $258.75

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services**
       **13101 NW Freeway, Suite 210**
       **Houston, TX 77040**

8

# I N V O I C E

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977   Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283403 | 3/27/2014 | 176772 |

| Job Date | Case No. | |
|---|---|---|
| 2/28/2014 | 4:13-CV-00825 | |

| Case Name | | |
|---|---|---|
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Charge for E-Transcript of the Transcript of:
    James Noakes

                      173.20

**TOTAL DUE  >>>**    **$173.20**
AFTER 4/26/2014  PAY    $183.59

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.    : 176772        BU ID    : DAL-SB-R
Case No.    : 4:13-CV-00825
Case Name  : S. Jay Williams, et al vs. Wells Fargo Bank,
               N.A., et al

Invoice No.  : 283403      Invoice Date  : 3/27/2014
**Total Due**  : **$ 173.20**
AFTER 4/26/2014  PAY  $183.59

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Sunbelt Reporting & Litigation Services**
         **13101 NW Freeway, Suite 210**
         **Houston, TX  77040**

9

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283906 | 4/1/2014 | 177803 |
| **Job Date** | **Case No.** | |
| 2/28/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | |
|---|---|
| COPY OF VIDEO FOR THE DEPOSITION OF: | 385.00 |
| Courtney Davis Bristow | |
| **TOTAL DUE >>>** | **$385.00** |
| AFTER 5/1/2014  PAY | $408.10 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.     : 177803        BU ID      : DAL-SB-V
Case No.    : 4:13-CV-00825
Case Name   : S. Jay Williams, et al vs. Wells Fargo Bank,
              N.A., et al

Invoice No. : 283906        Invoice Date : 4/1/2014
**Total Due  : $ 385.00**
AFTER 5/1/2014  PAY  $408.10

| PAYMENT WITH CREDIT CARD  AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

10

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283910 | 4/1/2014 | 177802 |
| **Job Date** | **Case No.** | |
| 2/28/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

| | |
|---|---|
| COPY OF VIDEO FOR THE DEPOSITION OF: | |
| James Noakes | 385.00 |
| **TOTAL DUE  >>>** | **$385.00** |
| AFTER 5/1/2014  PAY | $408.10 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce, McFarland & McFarland, LLP
712 Main Street, Suite 1500
Houston, TX 77002

Job No.       : 177802          BU ID        : DAL-SB-V
Case No.    : 4:13-CV-00825
Case Name : S. Jay Williams, et al vs. Wells Fargo Bank,
              N.A., et al

Invoice No. : 283910          Invoice Date  : 4/1/2014
**Total Due  : $ 385.00**
AFTER 5/1/2014  PAY  $408.10

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

11

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286662 | 4/30/2014 | 180882 |
| **Job Date** | **Case No.** | |
| 4/10/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jeff Joyce
Joyce & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002-3207

---

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Shafer | 96.00 | Pages | @ | 3.15 | 302.40 |
| Exhibit | 154.00 | Pages | @ | 0.40 | 61.60 |
| Courier/Local | | | | 15.00 | 15.00 |
| Etranscript-Email | | | | 30.00 | 30.00 |
| Pocket Transcript/ USB Drive | | | | 0.00 | 0.00 |
| Color Pages | | | | 1.30 | 1.30 |
| Admin/Copy | | | | 42.00 | 42.00 |

|  | |
|---|---|
| TOTAL DUE  >>> | **$452.30** |
| AFTER 5/30/2014  PAY | $479.44 |

Reference No.   :  457473

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| (-) Payments/Credits: | 479.44 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jeff Joyce
Joyce & McFarland, LLP
712 Main Street, Ste. 1500
Houston, TX  77002-3207

| | | |
|---|---|---|
| Invoice No. | : | 286662 |
| Invoice Date | : | 4/30/2014 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Remit To: | **DepoTexas, Inc.** | |
| | **P.O. Box 4227** | |
| | **Houston, TX  77210-4227** | |

| | | |
|---|---|---|
| Job No. | : | 180882 |
| BU ID | : | zNET-O-SBR |
| Case No. | : | 4:13-CV-00825 |
| Case Name | : | S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al |

*12*

## Esquire Corporate Solutions (Pittsburgh) - 107090 for WF2013007077

### TIMEKEEPER SUMMARY

| Classification | Timekeeper Name | Total Hours | Total Amount | Average Rate |
|---|---|---|---|---|
| No Data | | | | Currency: USD |

#### INVOICE TOTALS

| | |
|---|---|
| Fees | 0.00 USD |
| Fee Discount | 0.00 USD |
| Expenses | 510.29 USD |
| Expense Discount | 0.00 USD |
| Taxes | 0.00 USD |
| Total | 510.29 USD |
| Fee Adjustment | 0.00 USD |
| Expense Adjustment | 0.00 USD |
| Net Total | 510.29 USD |

### INTERNAL COMMENT

Comment

### WORKFLOW

| Step | Person | Start Date | Due Date | Action | Action Date | Internal Comment | External Comment | Step Rules |
|---|---|---|---|---|---|---|---|---|
| 1 | System System | 03/17/2016 08:55 AM | 03/17/2016 | Auto-approved by Final Approver | 03/17/2016 08:55 AM | | | |

### INVOICE HEADER

**Organization Name**
Esquire Corporate Solutions (Pittsburgh) - 70388

**Matter Name**
Williams, S. Jay v. WF Bank (TX) (SHG) - WF2013007077

**Organization No**
70388

**Matter No**
WF2013007077

7/7/2016

13

**Organization Address**
707 Grant Street Suite 1825 Pittsburgh, PA (Primary)

**Invoice Status**
Approved

**Invoice Date**
05/06/2014

**Received Date**
05/14/2014 03:31 PM

**Invoice Start Date**
04/01/2014

**Invoice End Date**
04/30/2014

**Description**
BROCKWAY, JAMES EMORY - TX

**Date Sent to AP**
05/28/2014

**Invoice submission contact email**

**Allocation Only**
None

**Reimbursement Type**
None

**BE Number**

**Asset Number**

**Obligor**

**Obligation**

**AFA Description Type**

**Matter Type**
Litigation/Defensive Litigation - Judicial Proceeding

**Case Plan**
Yes

**Total Matter Spend**
248,372.37 USD

**BUDGET**

| Name | Type | Sub Type | Organization | Fiscal Period | Parent Budget | Version | Budget | Approved | Pending | % | Balance |
|------|------|----------|--------------|---------------|---------------|---------|--------|----------|---------|---|---------|
| | | | | | No Matching Records | | | | | | |

**PROPERTIES**

**Fiscal Period**
2014-05

**Invoice Workflow Template**
Custom

**Invoice Type**
Invoice

**Account Type**
Bank Pay

## PAYMENT

| Check Amount | Check Date | Check Number |
|---|---|---|

**Invoice Amount**

## DETAILS

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount | Warning Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: CONDENSED TRANSCRIPT | E115 | | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: WAITING TIME | E115 | | | 0.25 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: ORIGINAL ONE 1CC OF TRANSCRIPT - 130 pages - TX | E115 | | | 130.00 | 3.70 USD | 0.00 USD | 0.00 USD | 0.00 USD | 481.00 USD | |
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: SHIPPING | E115 | | | 1.00 | 29.29 USD | 0.00 USD | 0.00 USD | 0.00 USD | 29.29 USD | |
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: DIGITAL TRANSCRIPT/EXHIBITS | E115 | | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 04/28/2014 | Expense | BROCKWAY, JAMES EMORY: E-TRANSCRIPT | E115 | | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |

| | Net Amount | Warning Messages |
|---|---|---|
| | 510.29 USD | |

## HEADER ADJUSTMENTS

| Adjustment Type | Line Item Date | Adjustment |
|---|---|---|
| Expense | 05/06/2014 | |

## DOCUMENTS

| Document Name | File Name | Status | Created By | Created At | Last Modified By | Updated At | Download |
|---|---|---|---|---|---|---|---|

No Matching Records

| Document Name | File Name | Status | Created By | GL Description | Created At | Last Modified By | Updated At | Active | Download |
|---|---|---|---|---|---|---|---|---|---|

## COST ALLOCATION

| AU | AU Description | GL Account | GL Description | Percent Allocation | GL Amount |
|---|---|---|---|---|---|
| 0046888 | SLAM | .8545838 | LEGAL FEES - EXT 868301-WB | 100.00 | 0.00 USD |

## Esquire Corporate Solutions (Pittsburgh) - 124679 for WF2013007077

### TIMEKEEPER SUMMARY

| Classification | Timekeeper Name | Total Hours | Total Amount | Average Rate |
|---|---|---|---|---|
| No Data | | | | |
| | | | | Currency: USD |

### INVOICE TOTALS

| | |
|---|---|
| Fees | 0.00 USD |
| Fee Discount | 0.00 USD |
| Expenses | 78.42 USD |
| Expense Discount | 0.00 USD |
| Taxes | 0.00 USD |
| Total | 78.42 USD |
| Fee Adjustment | 0.00 USD |
| Expense Adjustment | 0.00 USD |
| Net Total | 78.42 USD |

### INTERNAL COMMENT

Comment

### WORKFLOW

| Step | Person | Start Date | Due Date | Action | Action Date | Internal Comment | External Comment | Step Rules |
|---|---|---|---|---|---|---|---|---|
| 1 | System System | 03/17/2016 08:55 AM | 03/17/2016 | Auto-approved by Final Approver | 03/17/2016 08:55 AM | | | |

### INVOICE HEADER

**Organization Name**
Esquire Corporate Solutions (Pittsburgh) - 70388

**Organization No**
70388

**Matter Name**
Williams, S. Jay v. WF Bank (TX) (SHG) - WF2013007077

**Matter No**
WF2013007077

14

**Organization Address**
707 Grant Street Suite 1825 Pittsburgh, PA (Primary)

**Invoice Date**
06/06/2014

**Invoice Start Date**
05/01/2014

**Description**
LABORDE SMITH, LINDA - TX - COPY

**Date Sent to AP**
05/18/2014

**Allocation Only**
None

**BE Number**

**Obligor**

**AFA Description Type**

**Matter Type**
Litigation/Defensive Litigation - Judicial Proceeding

**Total Matter Spend**
248,372.37 USD

**Invoice Status**
Approved

**Received Date**
06/16/2014 01:43 PM

**Invoice End Date**
05/31/2014

**Invoice submission contact email**

**Reimbursement Type**
None

**Asset Number**

**Obligation**

**Case Plan**
Yes

**BUDGET**

| Name | Type | Sub Type | Organization | Fiscal Period | Parent Budget | Version | Budget | Approved | Pending | % | Balance |
|------|------|----------|--------------|---------------|---------------|---------|--------|----------|---------|---|---------|
| | | | | | No Matching Records | | | | | | |

**PROPERTIES**

| Fiscal Period | Invoice Type | Account Type |
|---|---|---|
| 2014-06 | Invoice | Bank Pay |

**Invoice Workflow Template**
Custom

## PAYMENT

| Check Amount | Check Date | Check Number |
|---|---|---|

Invoice Amount

## DETAILS

| Date | Type | Desc | Task/Expense Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount | Warning Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2014 | Expense | LABORDE SMITH, LINDA: ONE 1CC OF TRANSCRIPT - 40 pages - TX - COPY | E115 | | 40.00 | 1.23 USD | 0.00 USD | 0.00 USD | 0.00 USD | 49.20 USD | |
| 05/27/2014 | Expense | LABORDE SMITH, LINDA: ASCII DISK | E115 | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 05/27/2014 | Expense | LABORDE SMITH, LINDA: DIGITAL TRANSCRIPT/EXHIBITS | E115 | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 05/27/2014 | Expense | LABORDE SMITH, LINDA: CONDENSED TRANSCRIPT | E115 | | 1.00 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD | |
| 05/27/2014 | Expense | LABORDE SMITH, LINDA: SHIPPING | E115 | | 1.00 | 29.22 USD | 0.00 USD | 0.00 USD | 0.00 USD | 29.22 USD | |

Net Amount  Warning Messages
78.42 USD

## HEADER ADJUSTMENTS

| Adjustment Type | Line Item Date | Adjustment |
|---|---|---|
| Expense | 06/06/2014 | |

## DOCUMENTS

| Document Name | File Name | Status | Created By | Created At | Last Modified By | Updated At | Download |
|---|---|---|---|---|---|---|---|

No Matching Records

7/7/2016

## COST ALLOCATION

| AU | AU Description | GL Account | GL Description | Percent Allocation | Active | GL Amount |
|---|---|---|---|---|---|---|
| 0046888 | SLAM | 8545838 | LEGAL FEES - EXT 868301-WB | 100.00 | Yes | 0.00 USD |

LIGHTHOUSE LEGAL COPY, L.L.C.
2520 Caroline
HOUSTON, TX 77004

713-229-9100

# Statement

| Date |
|------|
| 3/4/2014 |

| To: |
|-----|

Joyce McFarland + McFarland
712 Main Street, Suite 1500
Houston, TX 77002

| | Amount Due | Amount Enc. |
|---|---|---|
| | $660.03 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 02/19/2014 | INV #90488, Due 03/21/2014. Orig. Amount $212.09. | 212.09 | 212.09 |
| 02/20/2014 | INV #90498, Due 03/22/2014. Orig. Amount $40.65. | 40.65 | 252.74 |
| 02/21/2014 | INV #90545, Due 03/23/2014. Orig. Amount $170.87. | 170.87 | 423.61 |
| 02/25/2014 | INV #90584, Due 03/27/2014. Orig. Amount $236.42. | 236.42 | 660.03 |

*individually posted to PCLAW 4 separate checks*

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|-----|-----|-----|-----|-----|
| 660.03 | 0.00 | 0.00 | 0.00 | 0.00 | $660.03 |

15, 16, 17

# LIGHTHOUSE LEGAL COPY, L.L.C.
## Open Invoices
### As of March 4, 2014

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|--------------|
| **Joyce McFarland** | | | | | | | |
| Invoice | 2/19/2014 | 90488 | LEG500.0... | Net 30 | 3/21/2014 | | 212.09 |
| Invoice | 2/20/2014 | 90498 | WEL500.0... | Net 30 | 3/22/2014 | | 40.65 |
| Invoice | 2/21/2014 | 90545 | WEL500.0... | Net 30 | 3/23/2014 | | 170.87 |
| Invoice | 2/25/2014 | 90584 | WEL500.0... | Net 30 | 3/27/2014 | | 236.42 |
| Total Joyce McFarland | | | | | | | 660.03 |