# Maria Ramos

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, March 22, 2013 6:45 PM |
| **To:** | Maria Ramos |
| **Subject:** | Pay.gov Payment Confirmation: TXSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Jim Suchma at 713-250-5414.

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25A2UJ00
Agency Tracking ID: 0541-11167516
Transaction Type: Sale
Transaction Date: Mar 22, 2013 7:44:46 PM

Account Holder Name: Maria Ramos
Transaction Amount: $350.00
Billing Address: 3411 Richmond Avenue
Billing Address 2: Suite 400
City: Houston
State/Province: TX
Zip/Postal Code: 77046
Country: USA
Card Type: Visa
Card Number: ************4864


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



```
COUNTY AUDITOR'S FORM/9999A                              OFFICIAL RECEIPT      35 NO 6005
HARRIS COUNTY, TEXAS (REV.10/99)
                    CHRIS DANIEL    DISTRICT CLERK
         ACTION: ADDITIONAL SERVICE     CASE: C-201309721   TRANS NO: 9529350   COURT: 11
         STYLE PLT: WILLIAMS, S JAY
              DEF: WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O
FEE    DESCRIPTION       QTY    AMOUNT  PAYMENT 1            CASH                          1.00
234 CERTIFIED COPIES CIV  1      1.00   PAYMENT 2
                                                                                     -----------
                                        AMOUNT TENDERED:                               1.00
                                        TOTAL AMOUNT:                                  1.00
                                        AMOUNT APPLIED:                                1.00

                                        CHANGE:                                         .00

                                        RECEIVED   CHAPPELL, MATTHEW              (Z0189943)
                                           OF      79 BRIAR HOLLOW LN
                                                   HOUSTON, TX 77027-0000
                                        ONE DOLLARS AND 0/100*************************************** DOLLARS
                                        PAYMENT DATE: 03/22/2013    FILE DATE: 03/22/2013



                                        ASSESSED BY: MCCULLOUGH, WANDA
                                        VALIDATED 03/25/2013  BY: MCCULLOUGH, WANDA



                                              CUSTOMER COPY
```

Login E-mail [         ]  Password [         ]  Login | New User | Forgot Password | FAQ

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Copies | Jury | FAQs

[WS3]Home > Online Services > Final Purchase Approval    Houston, Texas | March 22, 2013

**Quick Links**

- Costs and Fees
- Child Support Records
- Jury Services
- Search Our Records & Documents
- Background Checks
- FREEfax
- e-Filing
- Forms
- Government Agencies
- Historical Documents
- How to Contact Us

**Contact Information**

Civil Courthouse
201 Caroline
Houston, TX 77002

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

# Order Number: 365664

Printable Version

## Customer / Shipping Information

| | | | |
|---|---|---|---|
| Date: | 3/22/2013 10:56:15 AM | Ship Method: | Download (zipped) |
| Customer: | McClelland, Shane | | |
| | 3411 Richmond Ave Suite 400 | | |
| | Houston, TX 77046 | | |

## Order Detail Information

| Case | Pages | Amount |
|---|---|---|
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762500] | 13 pages | $13.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762501] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762502] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762503] | 7 pages | $7.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762504] | 4 pages | $4.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762505] | 45 pages | $45.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762506] | 8 pages | $8.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762507] | 8 pages | $8.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762509] | 5 pages | $5.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762510] | 2 pages | $2.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54762511] | 24 pages | $24.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 54782893] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55002939] | 2 pages | $2.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55037835] | 2 pages | $2.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038011] | 4 pages | $4.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038012] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038013] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038014] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038015] | 1 page | $1.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55038714] | 3 pages | $3.00 |
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55045789] | 4 pages | $4.00 |

**Payment Information**

| | | | |
|---|---|---|---|
| **Card:** | XXXXXXXXXXXX4864 | **Subtotal:** | $138.00 |
| | | **Total:** | $138.00 |

### Search Our Records and Documents

 Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

### Forms

 For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

### Government Agencies

 e-Gov allows users employed by government agencies to query and retrieve documents from their office.



SECTION 508 [WS3]

Contact Us

# Harris County District Clerk Order Number: 366456

## Customer / Shipping Information

**Date:** 3/28/2013 11:14:52 AM

**Ship Method:** Download (zipped)

**Customer:** McClelland, Shane
3411 Richmond Ave Suite 400
Houston, TX 77046

## Order Detail Information

| | | |
|---|---|---|
| Case: 201309721-7 WILLIAMS, S JAY vs WELLS FARGO BANK N A (DOING BUSINESS THROUGH ITS O [Doc# : 55105987] | 2 pages | $2.00 |

## Payment Information

| | | | |
|---|---|---|---|
| **Card:** | XXXXXXXXXXXX4864 | **Subtotal:** | $2.00 |
| | | **Total:** | $2.00 |



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)


RECEIVED
MAR 24 2014
BY:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 508289 | 3/12/2014 | 200567 |
| Job Date | Case No. | |
| 2/26/2014 | 4:13-CV-00825 | |

| Case Name |
|---|
| S. Jay Williams, et al v. Wells Fargo Bank, et al |

| Payment Terms |
|---|
| 3% Discount if Paid in 30 Days |

J. Patrick Cohoon
Simon Herbert McClelland & Stiles LLP
No. 8 Spencer Road, Suite 300
Boerne, TX  78006

1 CERTIFIED COPY OF TRANSCRIPT OF:
  SWIS Community Corp Rep                                                624.71

                                   TOTAL DUE >>>          $624.71

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID:** 75-2912774                                      Phone: 210.757.0286    Fax:713.987.7120

*Please detach bottom portion and return with payment.*

J. Patrick Cohoon
Simon Herbert McClelland & Stiles LLP
No. 8 Spencer Road, Suite 300
Boerne, TX  78006

Job No.     : 200567         BU ID       : HOU
Case No.    : 4:13-CV-00825
Case Name   : S. Jay Williams, et al v. Wells Fargo Bank, et al

Invoice No. : 508289         Invoice Date : 3/12/2014
**Total Due** : $ 624.71

Remit To:  **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX  75219**

| PAYMENT WITH CREDIT CARD    AMEX  [MC]  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                 Phone#: |
| Billing Address: |
| Zip:                Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283391 | 3/27/2014 | 176771 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |

| Case Name |
|---|
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al |

| Payment Terms |
|---|
| Due upon receipt |

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Charge for E-Transcript of the Transcript of:
James Dishman                                                                 147.80

**TOTAL DUE >>>**    **$147.80**
AFTER 4/26/2014  PAY    $156.67

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

RECEIVED
APR 08 2014
BY:_____

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Job No.     : 176771           BU ID      : DAL-SB-R
Case No.    : 4:13-CV-00825
Case Name   : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al
Invoice No. : 283391           Invoice Date : 3/27/2014
**Total Due** : **$ 147.80**
AFTER 4/26/2014  PAY $156.67

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**   AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283394 | 3/27/2014 | 176759 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Charge for E-Transcript of the Transcript of:
  Beverly Furbush                                               175.00

                                    **TOTAL DUE >>>**    **$175.00**
                                    AFTER 4/26/2014  PAY    $185.50

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.


RECEIVED APR 03 2014 BY:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Job No.      : 176759           BU ID       : DAL-SB-R
Case No.     : 4:13-CV-00825
Case Name    : S. Jay Williams, et al vs. Wells Fargo Bank,
               N.A., et al
Invoice No.  : 283394           Invoice Date : 3/27/2014
**Total Due**  : **$ 175.00**
AFTER 4/26/2014 PAY $185.50

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283398 | 3/27/2014 | 176770 |
| Job Date | Case No. | |
| 2/27/2014 | 4:13-CV-00825 | |
| Case Name | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Charge for E-Transcript of the Transcript of:
  Twilla Revelle                                                                 218.50

TOTAL DUE >>>    $218.50
AFTER 4/26/2014 PAY    $231.61

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.


RECEIVED APR 0 3 2014 BY:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Job No.      : 176770            BU ID      : DAL-SB-R
Case No.     : 4:13-CV-00825
Case Name    : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al
Invoice No.  : 283398            Invoice Date : 3/27/2014
**Total Due** : **$ 218.50**
AFTER 4/26/2014 PAY $231.61

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

### PAYMENT WITH CREDIT CARD    AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977   Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283401 | 3/27/2014 | 176773 |
| **Job Date** | **Case No.** | |
| 2/28/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Charge for E-Transcript of the Transcript of:
  Courtney Davis Bristow                                      244.10

          TOTAL DUE >>>        $244.10
          AFTER 4/26/2014  PAY  $258.75

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.


RECEIVED APR 03 2014 BY:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Job No.      : 176773          BU ID      : DAL-SB-R
Case No.     : 4:13-CV-00825
Case Name    : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al
Invoice No.  : 283401          Invoice Date : 3/27/2014
Total Due    : $ 244.10
AFTER 4/26/2014  PAY $258.75

**Remit To:** Sunbelt Reporting & Litigation Services
         13101 NW Freeway, Suite 210
         Houston, TX 77040

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:         Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977  Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283404 | 3/27/2014 | 176772 |
| **Job Date** | **Case No.** | |
| 2/28/2014 | 4:13-CV-00825 | |
| **Case Name** | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Charge for E-Transcript of the Transcript of:
   James Noakes     173.20

TOTAL DUE >>>    $173.20
AFTER 4/26/2014 PAY    $183.59

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.


RECEIVED APR 03 2014 BY:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Job No. : 176772    BU ID : DAL-SB-R
Case No. : 4:13-CV-00825
Case Name : S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al
Invoice No. : 283404    Invoice Date : 3/27/2014
**Total Due** : $ 173.20
AFTER 4/26/2014 PAY $183.59

J. Patrick Cohoon
Simon, Herbert, McClelland & Stiles, LLP
3411 Richmond Avenue, Suite 400
Houston, TX 77046

Remit To: **Sunbelt Reporting & Litigation Services**
         **13101 NW Freeway, Suite 210**
         **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Sunbelt Reporting & Litigation Services
6500 Greenville Avenue, Suite 445
Dallas, TX 75206
Phone:214.373.4977   Fax:214.363.7758

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286663 | 4/30/2014 | 180882 |
| Job Date | Case No. | |
| 4/10/2014 | 4:13-CV-00825 | |
| Case Name | | |
| S. Jay Williams, et al vs. Wells Fargo Bank, N.A., et al | | |
| Payment Terms | | |
| Due upon receipt | | |


RECEIVED
MAY 05 2014

J. Patrick Cohoon
Simon Herbert McClelland & Stiles
8 Spencer Road, Suite 300
Boerne, TX  78006

Charge for E-Transcript of the Transcript of:
   David Shafer                                                                                              407.30

TOTAL DUE >>>        $407.30
AFTER 5/30/2014  PAY  $431.74

Reference No. : 457472

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

PAID
MAY 08 2014

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

J. Patrick Cohoon
Simon Herbert McClelland & Stiles
8 Spencer Road, Suite 300
Boerne, TX  78006

Job No.     : 180882            BU ID       : NET-O-SB-R
Case No.    : 4:13-CV-00825
Case Name   : S. Jay Williams, et al vs. Wells Fargo Bank,
              N.A., et al

Invoice No. : 286663            Invoice Date : 4/30/2014
**Total Due  : $ 407.30**
AFTER 5/30/2014 PAY $431.74

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX  77040**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |


Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

J. PATRICK COHOON ,ESQ.
SIMON HERBERT MCCLELLAND & STILES, LLP
SUITE 400
3411 RICHMOND AVENUE
HOUSTON, TX 77046



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

RECEIVED MAY 11 2014

## Invoice # ESQ107092

| Invoice Date | 05/06/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/05/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/28/2014 | WILLAIMS, JAY S. vs. WELLS FARGO BANK, NA. | 128416 | 05/02/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 04/28/2014, JAMES EMORY BROCKWAY (HOUSTON, TX) | |
|    ONE COPY OF TRANSCRIPT PACKAGE | $ 195.57 |
|    ADMINISTRATIVE FEE | $ 30.00 |
| | $ 225.57 |

ETRANS

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 06/20/2014**    **$ 225.57**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

Invoice #: ESQ107092
Payment Due: 06/05/2014

**Amount Due On/Before 06/20/2014**    **$ 225.57**

J. PATRICK COHOON ,ESQ.
SIMON HERBERT MCCLELLAND & STILES, LLP
SUITE 400
3411 RICHMOND AVENUE
HOUSTON, TX 77046

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

199 0000107092 05062014 6 000022557 4 06052014 06202014 5 000024813 24



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/16/2014
**INVOICE #** 042514-421127

**Bill To:** J. Patrick Cohoon Esq.
Simon Herbert McClelland and Stiles, LLP
8 Spencer Road, Suite 300
Boerne, TX 78006

**CASE:** S. Jay Williams v. Wells Fargo Bank
**WITNESS:** William Tracy Kennedy
**DATE:** 4/25/2014
**LOCATION:** Austin, TX

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 73 | $4.95 | $361.35 |
| Reporter Appearance Fee / Session | 1 | $75.00 | $75.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 16 | $0.30 | $4.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $486.15 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $596.15 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**




Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

J. PATRICK COHOON ,ESQ.
SIMON HERBERT MCCLELLAND & STILES, LLP
SUITE 400
3411 RICHMOND AVENUE
HOUSTON, TX 77046

## Invoice # ESQ124678

| Invoice Date | 06/06/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/06/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/27/2014 | WILLIAMS, S. JAY vs. WELLS FARGO BANK | 146121 | 06/05/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/27/2014, LINDA LABORDE SMITH (HOUSTON, TX) | |
|    ONE COPY OF TRANSCRIPT PACKAGE | $ 59.04 |
|    ASCII DISK | $ 0.00 |
|    ADMINISTRATIVE FEE | $ 0.00 |
| | $ 59.04 |
| | |
|    CSD-SHIPPING | $ 29.20 |
| | $ 29.20 |

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 07/21/2014**     **$ 88.24**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





| Invoice #: | ESQ124678 |
|---|---|
| Payment Due: | 07/06/2014 |

**Amount Due On/Before 07/21/2014**     **$ 88.24**

J. PATRICK COHOON ,ESQ.
SIMON HERBERT MCCLELLAND & STILES, LLP
SUITE 400
3411 RICHMOND AVENUE
HOUSTON, TX 77046

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

199 0000124678 06062014 3 000008824 6 07062014 07212014 1 000009706 23

A-1 HouTex Civil Process  
21175 Tomball Parkway, #219  
Houston, TX 77070  
Phone: (281) 808-2616  
V88156

# INVOICE

Invoice #AHC-2014000505  
9/1/2014

Maria Ramos  
Simon Hebert & McClelland, LLP  
3411 Richmond Ave., Suite 400  
Houston, TX 77046

Reference Number: 2014000505

**Case Number: Harris 4:13-CV-00825**

Plaintiff:  
**S. Jay Williams, et al**

Defendant:  
**Wells Fargo Bank N.A., et al**

Received: 8/21/2014  Served: 8/30/2014 4:10 pm  INDIVIDUAL/PERSONAL  
To be served on: James Brockway

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena To Appear at a Trial  -  Out-of-County | 1.00 | 78.00 | 78.00 |
| TOTAL CHARGED: | | | $78.00 |
| **BALANCE DUE:** | | | **$78.00** |

Please enclose a copy of this invoice with your payment.  PLEASE MAKE NOTE OF OUR MAILING ADDRESS ABOVE !!!!

Late fee charges will be applied to all balances over Net Term.  All invoices are net 15 days.  Invoices over Net Term are subject to 1.5% late fee charges per month due.  **** Please note. Any type of request for services rendered and received by A-1 HouTex Civil Process constitutes an acceptance of our billing terms and charges, including, but not limited to, reasonable court costs and attorney's fees to collect the balance due